THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AHDUT BEAN, PLLC, a Washington professional limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ECHO HEALTH, INC., an Ohio corporation; CHRISTINE A. IBANEZ, an individual,<br><br>Defendants. | No.: 2:24-cv-01630-MJP<br><br>[PROPOSED] ORDER GRANTING DEFENDANT ECHO HEALTH, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

This matter having come before the Court on Defendant ECHO Health, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Summons and Complaint, and there being no opposition.

**IT IS HEREBY ORDERED** that Defendant, ECHO Health, Inc., shall have an extension of time until October 29, 2024 to respond to the Summons and Complaint.

DATED: October 15, 2024

*[signature]*

HONORABLE MARSHA J. PECHMAN
United States Senior District Judge

[PROPOSED] ORDER GRANTING DEFENDANT ECHO HEALTH, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME
NO.: 2:24-CV-01630

PAGE 1

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

Presented By:

BULLIVANT HOUSER BAILEY PC

By *Emelia Hickok*
Emelia Hickok, WSBA #48040
BULLIVANT HOUSER BAILEY PC
925 Fourth Ave, Suite 3800
Seattle, WA 98104
Telephone: (206) 292-8930
Fax: (206) 386-5130
E-Mail: Emelia.Hickok@bullivant.com

Jeanne F. Loftis, WSBA #35355
BULLIVANT HOUSER BAILEY PC
1 SW Columbia St. Suite 800
Portland, OR 97204
Telephone: (503) 228-6351
Fax: (503) 295-0915
E-mail: Jeanne.Loftis@bullivant.com

Attorneys for Defendant Echo Health, Inc.

BUCHALTER
A Professional Corporation

By: */s/Adam Doupe*
*Per Email Authorization 10/14/2024*
Adam C. Doupe, WSBA #55483
1420 Fifth Ave, Suite 3100
Seattle, WA 98101-1337
Phone: (206) 319-7052
E-Mail: adoupe@buchalter.com

Attorney for Plaintiff

[PROPOSED] ORDER GRANTING DEFENDANT ECHO HEALTH, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME NO.: 2:24-CV-01630

PAGE 2

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351